

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| EDITH OLETA and JOSE CARRILLO OLGUIN<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-8385 PSG (AJWx)<br><br>[Assigned to the Hon. Phillip S. Gutierrez]<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Trial:        None |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side to be responsible for and bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

DATED: 6/17/17

_____
Hon. Phillip S. Gutierrez
United States District Court Judge

E-FILED AUG 15 2017

18274246v1              1              2:16-cv-8385 PSG (AJWx)